# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JACQUELINE WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-00781-DGK |
| DENIS R. McDONOUGH, *Secretary of Veterans Affairs*, et al., | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

This is an employment discrimination case brought by Plaintiff Jacqueline Williams against Defendants Dennis McDonough, Secretary of the Department of Veterans Affairs and the United States of America. The case was filed on October 27, 2021. On September 23, 2022, the Court entered its Scheduling Order which directed the parties to complete discovery on or before March 13, 2023. ECF No. 14. On March 9, 2023, the parties requested a 60-day extension to complete discovery and file dispositive motions. ECF No. 15.

While reviewing the docket, the Court noted the parties have failed to file certificates of service with the Court as required by Local Rule 26.3(b) ("A party must file a certificate of service when it serves any discovery document."). As such, the Court ordered the parties to file certificates of service for all past discovery on or before March 17, 2023, and to continue to file certificates of service for all future discovery. *See* First Amended Scheduling and Trail Order, ECF No. 16. The Court warned that failure to comply with the Order may result in dismissal or default, as may be appropriate. Despite this, the parties failed to file any certificates of service by the deadline.

Accordingly, the parties are ORDERED TO SHOW CAUSE on or before March 28, 2023, why the Court should not dismiss this case for failure to prosecute. In lieu of a show cause

explanation, the parties may file certificates of service for all past discovery. If the parties file nothing by the deadline, the Court will dismiss this case without prejudice.

**IT IS SO ORDERED.**

Date: March 22, 2023 /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT