IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-CV-00781-DGK |
| | ) |
| DENIS MCDONOUGH, SECRETARY | ) |
| OF THE DEPARTMENT OF VETERANS | ) |
| AFFAIRS, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (Doc. 21) is GRANTED.


October 2, 2023                     Paige Wymore-Wynn
Dated                               Clerk of Court

October 2, 2023                     /s/ Tracy Strodtman
Entered                             (by) Deputy Clerk